FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 18 2015

By: [signature] /s/ Rachel
       MCCORMACK, CLERK
                  DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. _____

3:15-CV-297 JLH-PSH

Jury Trial: ☐ Yes  ☐ No
(Check One)

I.  Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

    A.  Name of plaintiff: Jeffery L. Calyton
        ADC # 111143

        Address: N.E.A. CCC  P.O. Box 487  Osceola, AR  72370

        Name of plaintiff: _____
        ADC # _____

        Address: _____

assigned to District Judge Holmes
Harris

        Name of plaintiff: _____
        ADC # _____

        Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

    B.  Name of defendant: Mike Allen 3

        Position: Sheriff

        Place of employment: Crittenden County Jail

        Address: 350 AFCO RD

        Name of defendant: Ron Coleman

        Position: Admini

-4-

Place of employment: Crittenden County Jail

Address: 350 AFCO ROAD

Name of defendant: ~~Deryua~~ Dewayne Smith

Position: _____

Place of employment: _____

Address: 350 AFCO RD

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐     Court (if federal court, name the district; if state court, name the county): _____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.    Place of present confinement: **M.E. A. CCC,** _____

V.    At the time of the alleged incident(s), were you: (check appropriate blank)

    **✓** in jail and still awaiting trial on pending criminal charges

    \_\_\_\_\_ serving a sentence as a result of a judgment of conviction

    \_\_\_\_\_ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

         Yes \_\_\_\_\_ No **✓**

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes _____   No __✓__

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was beat in my cell block while Asleep, I was not found for over eight Hours, by Another imate that serves chow A 5 pm or After, I was then transported to the Memphis Truma Center Also when I was Released And brought back to the Jail the Medical did not do the proper care

VIII.  Relief

   State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

   To help get my health back And fix what was damaged

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

   Executed on this _15_ day of _September_, 20_15_.

   _Jeffery L Clayton_

   _____
   Signature(s) of plaintiff(s)

-8-