IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFERY L. CAYTON                                                PLAINTIFF

V.                      NO: 3:15CV00297 JLH/PSH

MIKE ALLEN *et al*                                             DEFENDANTS

**ORDER**

Plaintiff Jeffery L. Cayton, a former resident at the Northeast Arkansas Community Correction Center, filed a *pro se* complaint (Doc. No. 2), pursuant to 42 U.S.C. § 1983, on September 18, 2015, and was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) (Doc. No. 3). On March 4, 2016, plaintiff filed a change of address notice indicating that he has now been released from custody (Doc. No. 12).

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If plaintiff wishes to proceed with this lawsuit, he is directed pay the remaining balance of the $350.00 filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry date of this order.[1] Plaintiff's failure to do so will result in the recommended dismissal of this lawsuit.

IT IS THEREFORE ORDERED THAT:

1.        The Clerk is directed to forward an IFP application to plaintiff.

2.        Plaintiff is directed to submit the remaining balance of the $350.00 filing fee, or to

---

[1]According to Court records, plaintiff has paid $20.00 of the $350.00 filing fee.

1

complete and sign the IFP application, and file it, no later than 30 days after the entry date of this order. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

DATED this 7th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE