IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFERY L. CAYTON                                                                                         PLAINTIFF

V.                                            NO: 3:15CV00297 JLH/PSH

MIKE ALLEN *et al*                                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against defendant Dewayne Smith are DISMISSED WITHOUT PREJUDICE.

DATED this 20th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE