# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEFFERY L. CAYTON                                                                                      PLAINTIFF

V.                                        NO: 3:15CV00297 JLH/PSH

MIKE ALLEN *et al*                                                                                     DEFENDANTS

## ORDER

On April 25, 2016, defendants filed a motion for summary judgment, a brief in support, and a statement of facts (Doc. Nos. 23-25). Although more than 14 days have passed, plaintiff Jeffery L. Cayton has not responded. However, in light of Cayton's *pro se* status, he will be granted additional time to respond.

IT IS THEREFORE ORDERED THAT Cayton file his response to defendants' motion for summary judgment no later than 14 days after this order's entry date.

DATED this 13th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE