# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEFFERY L. CAYTON                                                                                    PLAINTIFF

v.                                            NO: 3:15CV00297 JLH/PSH

MIKE ALLEN *et al*                                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT defendants' partial motion for summary judgment (Doc. No. 23) is GRANTED, and that Cayton's claims regarding the assault, and his claims that he was left in his cell thereafter, are DISMISSED WITHOUT PREJUDICE.

DATED this 1st day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE