IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFERY L. CAYTON                                                                  PLAINTIFF

v.                                    NO. 3:15CV00297 JLH

MIKE ALLEN; RON COLEMAN;
and DEWAYNE SMITH                                                              DEFENDANTS

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The motion for summary judgment filed by defendants Mike Allen and Ron Coleman is GRANTED.  *See* Document #33. The complaint filed by plaintiff Jeffrey L. Cayton is dismissed with prejudice, and judgment will be entered for all of the defendants.  The Court certifies that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

IT IS SO ORDERED this 17th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE